**No. 58141.**—H. A. Wood *v.* United States, protest 146527–K (Pembina).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiff was sustained.

**No. 58142.**—Alexanders Dept. Stores, Inc., et al. *v.* United States, protests 187950–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of beaded bags the same in all material respects as those the subject of Abstract 56124, the claim of the plaintiffs was sustained.

**No. 58143.**—Pan American Textile Company and John L. Westland & Son et al. *v.* United States, protests 171748–K, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of gloves the same in all material respects as those involved in Abstract 57694, the claim of the plaintiffs was sustained.